# United States Court of Appeals

## For the Eighth Circuit

_____

No. 13-3087

_____

Inez Hunter

*Plaintiff - Appellant*

v.

Jane Anderson; Northstar Residential, L.L.C.; John Duffy; Jeff Von Feldt; Jenel Sauber; Pondview Townhomes of Woodbury, L.P.; John Does 1 through 50, in Minnesota Department of Human Rights ("MDHR"); Kimberly Nevels; John Does 51 through 100, United States Department of Urban Development ("HUD")

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: June 6, 2014
Filed: June 26, 2014
[Unpublished]

_____

Before GRUENDER, BOWMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Inez Hunter appeals the district court's[1] dismissal of her complaint raising a variety of housing-discrimination and state-law claims. Upon careful de novo review, *see Saterdalen v. Spencer*, 725 F.3d 838, 840-41 (8th Cir. 2013) (standard of review), we conclude the district court properly dismissed the complaint for the reasons explained in the thorough report and recommendation that the court adopted.

Accordingly, we deny Hunter's pending motions and we affirm. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Michael J. Davis, Chief Judge, United States District Court for the District of Minnesota, adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota, now retired.